IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Martinsburg Division

ROBIN GOTT            )
                      )
    Plaintiff         )
                      )
v.                    )
                      )   Civil Action No. 3:07cv145
THE RAYMOND CORPORATION, )
~and~                 )
TOYOTA MATERIAL HANDLINGS, U.S.A., )
~and~                 )
GENERAL MOTORS CORPORATION, )
                      )
    Defendants.       )

## ORDER

*UPON CONSIDERATION of the foregoing Application for Admission Pro Hac Vice, it is hereby*

**ORDERED** that the Applicant *Pro Hac Vice*, David C. Vogel, be, and the same hereby is **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party, General Motors Corporation.

**ENTERED** this 3rd day January, 2008.

John Preston Bailey
United States District Court Judge

**PREPARED BY:**

JACKSON KELLY PLLC

William L. Powell [W.Va. Bar #2961]
310 West Burke Street
Martinsburg, West Virginia 25401
Tel: 304/263-8800
Fax: 304/263-7110
Counsel for Defendant General Motors Corporation

{T0346213.1}