FILED
MAR 0 4 2008
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

| | |
|---|---|
| ROBIN GOTT, | )<br>) |
| Plaintiff, | ) Civil Action No. 3:07 CV 145<br>) |
| v. | )<br>) |
| THE RAYMOND CORPORATION,<br>~and~<br>TOYOTA MATERIAL HANDLINGS, U.S.A.,<br>~and~<br>GENERAL MOTORS CORPORATION, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

UPON CONSIDERATION of the foregoing Application for Admission Pro Hac Vice, it is hereby

ORDERED that the Applicant Pro Hac Vice, Patrick N. Fanning be, and the same hereby is APPROVED and that the applicant may appear pro hac vice in this matter on behalf of the represented party, General Motors Corporation.

ENTERED this 4th day of March, 2008.

John Preston Bailey
United States District Court Judge